1   Martin K. Deniston (State Bar No. 106737)
    **WILSON, ELSER, MOSKOWITZ,**
2     **EDELMAN & DICKER LLP**
    555 South Flower Street, Suite 2900
3   Los Angeles, California 90071
    Telephone:(213) 443-5100
4   Facsimile: (213) 443-5101

5   Attorneys for Defendant
    Coudert Brothers LLP and Defendants identified in Exhibit 1

6

7                  UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  SENORX, INC.,                          )   Case No:
                                           )
11                      Plaintiff,         )
                                           )   **NOTICE OF REMOVAL OF**
12  v.                                     )   **ACTION UNDER 28 U.S.C. § 1452**
                                           )   **AND BANKRUPTCY RULE 9027**
13  COUDERT BROTHERS, LLP, and             )
    DOES 1 – 500,                          )
14                                         )
                       Defendants.         )
15                                         )
                                           )
16                                         )
                                           )
17                                         )
                                           )
18                                         )

19

20

21  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22      PLEASE TAKE NOTICE that Defendants Coudert Brothers LLP, the debtor

23  and debtor in possession in a Chapter 11 case pending in the United States

24

25  Bankruptcy Court for the Southern District of New York, Case No. 06-12226

26  (RDD), joined by its co-defendants and former partners Charles E. Aster, Steven

27  H. Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow, Edmund S.

28

                                       1

Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean, Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W. Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P. Konta, George J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee, Marilyn S. Okoshi, Richard M. Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr., Darrell Prescott, Clyde E. Rankin, III, Richard Reilly, Thomas Rice, Olga Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H. Tillinghast, III, Charles H. Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams, Mary F. Voce, John M. Gurley, and Carol B. Stubblefield (collectively, "Individual Partner Defendants") hereby remove to this honorable Court the State Court action described below:

1.     On October 27, 2004, Plaintiff SenoRx, Inc. commenced this action for legal malpractice in the Superior Court of the State of California for the County of San Francisco, captioned *SenoRx, Inc. vs. Coudert Brothers, LLP, and Does 1-500,* CGC 04435849.  An Answer on behalf of Coudert Brothers LLP was filed on January 21, 2005.  A true and correct copy of all process and pleadings are attached hereto and incorporated as Exhibit "1."

2.     On November 3, 2005, and on January 25, 2006, SenoRx filed Doe amendments with respect to the Complaint for purposes of substituting specifically named individual defendants for fictitiously named defendants.  On those dates,

2

523605.1

SenoRx named Doe defendants, including the Individual Partner Defendants who are former limited liability partners of Coudert Brothers LLP and none of whom are California residents or rendered any services to SenoRx.

3.      In March 2006, a demurrer was filed on behalf of the Individual Partner Defendants, arguing that the partners of a limited liability partnership who were <u>not</u> involved in the provision of services to SenoRx have no vicarious liability for the liabilities of the partnership with respect to such services.  The court sustained this demurrer, and sustained three subsequent demurrers on the same grounds, each time giving SenoRx leave to amend its complaint.

4.      On September 22, 2006, Coudert Brothers LLP filed a Chapter 11 Bankruptcy Petition, in the United States Bankruptcy Court for the Southern District of New York entitled <u>In re Coudert Brothers LLP</u>, Case No. 06-12226.

5.      The Fourth Amended Complaint was filed on November 8, 2006.  On January 23, 2007, the court overruled the Individual Partner Defendants' demurrer to the Fourth Amended Complaint.

6.      On January 31, 2007, SenoRx filed a proof of claim in the Coudert Brothers LLP bankruptcy case, and this action seeks the same recovery as the claim set forth on that proof of claim.

7.      Pursuant to Bankruptcy Rule 9006(b)(1), the time within which Civil Actions may be removed under  U.S.C. Section 1452 and Bankruptcy Rule 9027(a) was extended by 90 days, through and including March 21, 2007, by United States

523605.1

1   Bankruptcy Judge Robert D. Drain of the Southern District of New York.  A true

2   and correct copy of the Order Extending the 90-Day Period Within Which to

3
4   Remove is attached hereto and incorporated as Exhibit "2."

5          8.     This action is one which may be removed by any party pursuant to the

6   provisions of 28 U.S.C. Sections 1452 and 1334 and Bankruptcy Rule 9027.  In

7
8   this case Plaintiff SenoRx claims that the Individual Partner Defendants are

9   allegedly liable as guarantors of any judgment obtained against Coudert Brothers

10  LLP to the extent of Coudert Brothers LLP's self-insured retention under the

11
12  insurance policy applicable to this case if Coudert Brothers LLP does not satisfy

13  the self-insured retention.  Because the claim set forth by Plaintiff SenoRx against

14
15  the Individual Partner Defendants is based on their alleged guarantee of any

16  judgment based upon the liability of Coudert Brothers LLP, litigation of the

17  alleged liability of the Individual Partner Defendants would lead to indemnity

18
19  claims against Coudert Brothers LLP thus affecting the bankruptcy estate.  Further,

20  Coudert Brothers LLP's bankruptcy estate is affected by continuing litigation

21  against the Individual Partner Defendants, as the defense costs of such litigation

22
23  will deplete the bankrupt estate and potentially the insurance policies belonging to

24  Coudert Brothers LLP.

25         9.     This is a non-core proceeding as it is not a cause of action created or

26  determined by federal bankruptcy laws.  Coudert Brothers LLP and the Individual

27
28

NOTICE OF REMOVAL OF ACTION

523605.1

1   Partner Defendants do not consent to final orders or judgment of the bankruptcy

2   judge.

3

4       10.     Notwithstanding this removal, Coudert Brothers LLP and the

5   Individual Partner Defendants do not waive and specifically reserve any and all

6   objections, exceptions or defenses to the Operative Complaint (Fourth Amended

7   Complaint) herein, including but not limited to, moving to have this matter

8

9   dismissed, stayed and/or transferred to another court.

10

11

12  Dated: February 21, 2007              WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

13

14

15                                        By: _____
                                             Martin K. Deniston
16                                           Attorneys for Defendant
                                             COUDERT BROTHERS LLP and
17                                           Defendants identified in Exhibit 1

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION

523605.1

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I. (a) PLAINTIFFS

SenoRx, Inc.

## DEFENDANTS

COUDERT BROTHERS LLP, Charles E. Aster, Steven H. Becker, Philippe, Bennett, etc. [see Exhibit 1]

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael J. Piuze (State Bar No. 51342
LAW OFFICES OF MICHAEL J. PIUZE
11755 Wilshire Blvd., Suite 1170
Los Angeles CA 90025
310-312-1102

ATTORNEYS (IF KNOWN)
Martin K. Deniston (State Bar No. 106737)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DI
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
213-443-5100

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] Original Proceeding
- [X] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [X] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/disab - Empl | [ ] 555 Prison Condition | | | |
| | [ ] 446 Amer w/ disab - Other | | | | |
| | [ ] 480 Consumer Credit | | | | |
| | [ ] 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is a Notice of Removal being filed pursuant to USCS Banktuptcy Rule 9027 and 28 U.S.C. Section 1452..

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY)   [X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE
February 21, 2007

SIGNATURE OF ATTORNEY OF RECORD
*Martin K. Deniston*   Martin K. Deniston

NDC-JS44

**EXHIBIT 1**

**Case No.:**
**SENORX V. COUDERT BROTHERS LLP AND DOES 1 - 500**

| | |
|---|---|
| Charles E. Aster, | Richard Reilly, |
| Steven H. Becker, | Thomas Rice, |
| Pamela T. Church, | Olga Sirodoeva, |
| Charles H. Critchlow, | James B. Sitrick, |
| Edmund S. Cohen, | Roger D. Stark, |
| Jeffrey E. Cohen, | Carol B. Stubblefield, |
| James C. Colihan, | Edward H. Tillinghast, III, |
| William K. Coulter, | Mary F. Voce, |
| Richard N. Dean, | Charles H. Wagner, |
| Richard De Palma, | Roger B. Wagner, |
| Robert L. Eisen, | Christopher M. Wells, |
| Joseph Farrell, | Anthony Williams, |
| Kay Georgi, | Philippe Bennett |
| Tara K. Giunta, | |
| Kevin W. Goering, | |
| Deborah Goldstein, | |
| John M. Gurley, | |
| Michael J. Hagan, | |
| Robert E. Hanlon, | |
| Gerard V. Hannon, | |
| Andrew Hedden, | |
| Janet Hernandez, | |
| Stephen M. Hudspeth, | |
| W. Michael Kelly, | |
| Frederick P. Konta, | |
| George J. Martin, Jr., | |
| Edwin S. Matthews, Jr., | |
| Brian McGunigle, | |
| Barry Metzger, | |
| Owen Nee, | |
| Marilyn S. Okoshi, | |
| Richard M. Ornitz, | |
| Kenneth R. Page, | |
| Robert F. Pietrowski, Jr., | |
| Darrell Prescott, | |
| Clyde E. Rankin, III, | |