Martin K. Deniston (State Bar No. 106737)
Diana M. Estrada (State Bar No. 212702)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
Coudert Brothers LLP and Defendants identified in Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., | Case No: C 07-01075 SC |
| Plaintiff, | |
| v. | **MANUAL FILING NOTIFICATION OF EXHIBITS 1 AND 2 TO DEFENDANTS' NOTICE OF REMOVAL** |
| COUDERT BROTHERS, LLP, and DOES 1 – 500, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on February 21, 2007, Defendants Coudert Brothers LLP, Charles E. Aster, Steven H. Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow, Edmund S. Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean, Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W. Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew

1  Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P.
2  Konta, George J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee,
3  Marilyn S. Okoshi, Richard M. Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr.,
4  Darrell Prescott, Clyde E. Rankin, III, Richard Reilly, Thomas Rice, Olga
5  Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H. Tillinghast, III, Charles H.
6  Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams, Mary F.
7  Voce, John M. Gurley, and Carol B. Stubblefield (collectively, "Defendants")
8  manually filed Exhibits 1 and 2, to Defendants' Notice of Removal, which
9  consisted of more than 900 pages making it too voluminous for e-filing. This
10 filing is in paper or physical form only, and is being maintained in the case file in
11 the Clerk's office. For information on retrieving this filing directly from the court,
12 please see the court's main web site at http://www.cand.uscourts.gov under
13 Frequently Asked Questions (FAQ).

15 Dated: March 15, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:_____/s/_____
Martin K. Deniston
Diana M. Estrada
Attorneys for Defendant
COUDERT BROTHERS LLP and
Defendants identified in Exhibit 1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **March 15, 2007**, I served the **MANUAL FILING NOTIFICATION OF EXHIBITS 1 AND 2 TO DEFENDANTS' NOTICE OF REMOVAL** on the interested parties in this action by placing  XX  a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| Law Offices of Michael J. Piuze<br>Michael J. Piuze, SBN 51342<br>Geraldine Weiss, SBN 168455<br>11755 Wilshire Blvd., Suite 1170<br>Los Angeles, California 90025 | **Attorney for Plaintiff**<br>**Senorx, Inc.**<br><br>Ph: 310-312-1102<br>Fx: 310-473-0708 |

**[ X ]** (**BY MAIL**) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X  (**Federal**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 15, 2007**, at Los Angeles, California.


Kathleen Spendlove                                              /s/