LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
Holly L. Hostrop, SBN 108403
11755 Wilshire Blvd., Suite 1170
Los Angeles, California 90025
Telephone: (310) 312-1102
Facsimile: (310) 473-0708
Email address dweiss@mjplaw.net

Attorneys for Plaintiff SenoRx, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>COUDERT BROTHERS, LLP; and DOES 1-500, inclusive,<br><br>   Defendants.<br>_____ | CASE NO. C -01075 SC<br><br>**DECLARATION OF GERALDINE WEISS IN SUPPORT OF PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Date: April 27, 2007<br>Time: 10:00 am<br>Ctrm: 1<br>Judge: Honorable Samuel Conti<br><br>Complaint Filed: October 27, 2004<br><br><u>FILED CONCURRENTLY HEREWITH</u><br>NOTICE OF, AND, PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF; PROOF OF SERVICE [PROPOSED] ORDER |

I, Geraldine Weiss, declare:

1. I am an attorney-at-law duly licensed to practice before all the Courts of the State of California and an associate at the Law Offices of Michael J. Puize, attorney for

1

DECLARATION OF GERALDINE WEISS IN SUPPORT OF
PLAINTIFF'S OBJECTION TO REMOVAL & MOTION TO REMAND OR ABSTAIN & MEMORANDUM IN SUPPORT THEREOF
CASE NO. C -01075 SC

Plaintiff. I make the following declaration of my own personal knowledge and, if called upon to testify, could and would testify competently has follows:

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Fourth Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of the California Superior Court, County of San Francisco's Order dated January 23, 2007 overruling Defendants' Demurrer and ordering an Answer within 15 days.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's initial Complaint for Professional Negligence, Breach of Contract and Breach of Fiduciary Duty and Demand for Jury Trial.

5. Plaintiff filed DOE amendments naming current and former California based partners of Coudert Brothers LLP who are also California residents. These defendants have not joined in the removal of this action.

6. I have contacted counsel for Defendants regarding Plaintiff's intention to file this Motion for Remand. The parties have been unable to reach a resolution of this matter.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

DATED: March 22, 2007                         LAW OFFICES OF MICHAEL J. PIUZE


By:_____
    Geraldine Weiss, Declarant

2

DECLARATION OF GERALDINE WEISS IN SUPPORT OF
PLAINTIFF'S OBJECTION TO REMOVAL & MOTION TO REMAND OR ABSTAIN & MEMORANDUM IN SUPPORT THEREOF
CASE NO. C -01075 SC

| | |
|---|---|
| 1 | **EXHIBITS TO BE E FILED UNDER SEPARATE COVER TOMORROW DUE TO SCANNER PROBLEMS** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

DECLARATION OF GERALDINE WEISS IN SUPPORT OF
PLAINTIFF'S OBJECTION TO REMOVAL & MOTION TO REMAND OR ABSTAIN & MEMORANDUM
IN SUPPORT THEREOF
CASE NO. C -01075 SC