```
 1  LAW OFFICES OF MICHAEL J. PIUZE
    Michael J. Piuze, SBN 51342
 2  Geraldine Weiss, SBN 168455
    Holly L. Hostrop, SBN 108403
 3  11755 Wilshire Blvd., Suite 1170
    Los Angeles, California  90025
 4  Telephone: (310) 312-1102
    Facsimile:  (310) 473-0708
 5  Email address dweiss@mjplaw.net
 6
 7  Attorneys for Plaintiff SenoRx, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COUDERT BROTHERS, LLP; and DOES 1-500, inclusive, <br><br> Defendants. | CASE NO. C -01075 SC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION** <br><br> Date:      April 27, 2007 <br> Time:     10:00 am <br> Ctrm:     1 <br> Judge:    Honorable Samuel Conti <br><br> Complaint Filed: October 27, 2004 <br><br> <u>FILED CONCURRENTLY HEREWITH</u> NOTICE OF, AND, PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF GERALDINE WEISS; PROOF OF SERVICE |

Plaintiff SenoRx, Inc.'s Motion for Remand or Abstention of the above-entitled action came on for hearing on April 27, 2007 at 10:00 am in the above-entitled Court.

Having read and considered the papers filed on this motion, having heard argument from counsel and good cause appearing therefore,

///

///

1

**[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION**
CASE NO. C -01075 SC

1   IT IS ORDERED, that Plaintiff's Motion for Remand or Abstention be granted
2   and the above-entitled case be transferred immediately back to the Superior Court,
3   County of San Francisco, State of California.
4   Dated: _____

_____
Honorable Samuel Conti
Judge Presiding

[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION
CASE NO. C -01075 SC