```
LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
Holly L. Hostrop, SBN 108403
11755 Wilshire Blvd., Suite 1170
Los Angeles, California  90025
Telephone: (310) 312-1102
Facsimile:  (310) 473-0708
Email address dweiss@mjplaw.net
```

Attorneys for Plaintiff SenoRx, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUDERT BROTHERS, LLP; and DOES 1-500, inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO. C -01075 SC<br><br>**PROOF OF SERVICE**<br><br>Date: April 27, 2007<br>Time:  10:00 am<br>Ctrm: 1<br>Judge: Honorable Samuel Conti<br><br>Complaint Filed: October 27, 2004<br><br><u>FILED CONCURRENTLY HEREWITH</u><br>NOTICE OF, AND,  PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF GERALDINE WEISS; [PROPOSED] ORDER |

　　　　I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11755 Wilshire Boulevard, Suite 1170, Los Angeles, California 90025.

　　　　On March 22, 2007, I served the foregoing documents described as: NOTICE OF, AND,  PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF

1

1  GERALDINE WEISS; [PROPOSED] ORDER and PROOF OF SERVICE on the parties in
2  this action by placing:
3    X    a true copy thereof enclosed in a sealed envelope addressed as follows:
4       Martin K. Deniston, Esq.
        Wilson, Elser, Moskowitz, Edelman &
5       Dicker LLP
        555 South Flower Street, Suite 2900
6       Los Angeles, California 90071
        TEL   (213) 624-3044
7       FAX   (213) 624-8060
   Email martin.deniston@wilsonelser.com
8
       **Attorneys for Coudert Brothers LLP**
9       and various named defendants
10
   (X)    By Mail: As follows: I am "readily familiar" with this firm's practice of collection and
11 processing correspondence for mailing. Under that practice, it would be deposited with
   United States Postal Service on that same day with postage thereon fully prepaid at Los
12 Angeles, California in the ordinary course of business.  I am aware that on motion of party
   served, service is presumed invalid if postal cancellation date or postage meter date is
13 more than one day after date of deposit for mailing in affidavit.
14 (X)    By E mail: I caused the above-named document to be electronically transmitted by
   e mail to the email address above.
15
       Executed on March 22, 2007, at Los Angeles, California.
16
   ( ) (State) I declare under penalty of perjury under the laws of the State of California that
17 the foregoing is true and correct.
18 (X) (Federal) I declare that I am employed by the office of member of the bar of this court
   at whose direction the service was made.
19
20                                    _____
                                      GERALDINE WEISS
21
...
28

                                        2
                                  PROOF OF SERVICE
CASE NO. C -01075 SC