Case 4:07-cv-00820-SAS  Document 1-13  Filed 03/26/2007  Page 1 of 3

1  LAW OFFICES OF MICHAEL J. PIUZE
   Michael J. Piuze, SBN 51342
2  Geraldine Weiss, SBN 168455
   Holly L. Hostrop, SBN 108403
3  11755 Wilshire Blvd., Suite 1170
   Los Angeles, California 90025
4  Telephone: (310) 312-1102
   Facsimile: (310) 473-0708
5  Email address dweiss@mjplaw.net

6
7  Attorneys for Plaintiff SenoRx, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  SENORX, INC.,                          ) CASE NO. C -01075 SC
                                           )
13             Plaintiff,                  ) **DECLARATION OF GERALDINE**
                                           ) **WEISS IN SUPPORT OF**
14       vs.                               ) **PLAINTIFF'S OBJECTION TO**
                                           ) **REMOVAL AND MOTION TO**
15  COUDERT BROTHERS, LLP; and DOES        ) **REMAND OR ABSTAIN AND**
    1-500, inclusive,                      ) **MEMORANDUM IN SUPPORT**
16                                         ) **THEREOF**
               Defendants.                 )
17                                         ) Date: April 27, 2007
                                           ) Time: 10:00 am
18                                         ) Ctrm: 1
                                           ) Judge: Honorable Samuel Conti
19                                         )
                                           ) Complaint Filed: October 27, 2004
20                                         )
                                           ) FILED CONCURRENTLY HEREWITH
21                                         ) NOTICE OF, AND, PLAINTIFF'S
                                           ) OBJECTION TO REMOVAL AND
22                                         ) MOTION TO REMAND OR ABSTAIN
                                           ) AND MEMORANDUM IN SUPPORT
23  _____) THEREOF; PROOF OF SERVICE
                                             [PROPOSED] ORDER

24       I, Geraldine Weiss, declare:

25       1.    I am an attorney-at-law duly licensed to practice before all the Courts of the

26  State of California and an associate at the Law Offices of Michael J. Puize, attorney for

27

28                                           1
    DECLARATION OF GERALDINE WEISS IN SUPPORT OF
    PLAINTIFF'S OBJECTION TO REMOVAL & MOTION TO REMAND OR ABSTAIN & MEMORANDUM
    IN SUPPORT THEREOF
    CASE NO. C -01075 SC

1 Plaintiff. I make the following declaration of my own personal knowledge and, if called
2 upon to testify, could and would testify competently has follows:
3     2.    Attached as Exhibit 1 is a true and correct copy of Plaintiff's Fourth Amended
4 Complaint.
5     3.    Attached as Exhibit 2 is a true and correct copy of the California Superior
6 Court, County of San Francisco's Order dated January 23, 2007 overruling Defendants'
7 Demurrer and ordering an Answer within 15 days.
8     4.    Attached as Exhibit 3 is a true and correct copy of Plaintiff's initial Complaint
9 for Professional Negligence, Breach of Contract and Breach of Fiduciary Duty and
10 Demand for Jury Trial.
11     5.    Plaintiff filed DOE amendments naming current and former California based
12 partners of Coudert Brothers LLP who are also California residents. These defendants
13 have not joined in the removal of this action.
14     6.    I have contacted counsel for Defendants regarding Plaintiff's intention to file
15 this Motion for Remand. The parties have been unable to reach a resolution of this
16 matter.
17 I declare under penalty of perjury of the laws of the State of California that the
18 foregoing is true and correct.

20 DATED: March 22, 2007        LAW OFFICES OF MICHAEL J. PIUZE

22 By:_____
23         Geraldine Weiss, Declarant

1 | **EXHIBITS TO BE E FILED UNDER SEPARATE COVER TOMORROW DUE TO SCANNER PROBLEMS**