```
LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
Holly L. Hostrop, SBN 108403
11755 Wilshire Blvd., Suite 1170
Los Angeles, California 90025
Telephone: (310) 312-1102
Facsimile:  (310) 473-0708
Email address dweiss@mjplaw.net


Attorneys for Plaintiff SenoRx, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUDERT BROTHERS, LLP; and DOES 1-500, inclusive,<br><br>　　　　　　Defendants.<br>_____ | CASE NO. C -01075 SC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION**<br><br>Date:　　　April 27, 2007<br>Time:　　　10:00 am<br>Ctrm:　　　1<br>Judge:　　　Honorable Samuel Conti<br><br>Complaint Filed: October 27, 2004<br><br><u>FILED CONCURRENTLY HEREWITH</u><br>NOTICE OF, AND, PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF GERALDINE WEISS; PROOF OF SERVICE |

　　　　Plaintiff SenoRx, Inc.'s Motion for Remand or Abstention of the above-entitled action came on for hearing on April 27, 2007 at 10:00 am in the above-entitled Court.

　　　　Having read and considered the papers filed on this motion, having heard argument from counsel and good cause appearing therefore,

///

///

1

**[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION**
CASE NO. C -01075 SC

1  IT IS ORDERED, that Plaintiff's Motion for Remand or Abstention be granted
2  and the above-entitled case be transferred immediately back to the Superior Court,
3  County of San Francisco, State of California.
4  Dated: _____

                                                    _____
                                                    Honorable Samuel Conti
                                                    Judge Presiding

[PROPOSED] ORDER GRANTING MOTION FOR REMAND OR ABSTENTION
CASE NO. C -01075 SC