Martin K. Deniston (State Bar No. 106737)
Diana M. Estrada (State Bar. No. 212702)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
Coudert Brothers LLP and Defendants identified in Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUDERT BROTHERS, LLP, and DOES 1 – 500,<br><br>　　　　　Defendants.<br>_____ | Case No: C 07-01075 SC<br><br>**DECLARATION OF DIANA M. ESTRADA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND OR ABSTENTION**<br><br>**FILED CONCURRENTLY WITH DEFENDANTS' OPPOSITION** |

I, DIANA M. ESTRADA, declare as follows:

　　1.　　I am an attorney at law, duly licensed to practice as such before all the courts of the State of California and I am an associate in the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP attorneys of record herein for Defendants Coudert Brothers LLP, Charles E. Aster, Steven H. Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow, Edmund S.

Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean, Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W. Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P. Konta, George J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee, Marilyn S. Okoshi, Richard M. Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr., Darrell Prescott, Clyde E. Rankin, III, Richard Reilly, Thomas Rice, Olga Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H. Tillinghast, III, Charles H. Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams, Mary F. Voce, John M. Gurley, and Carol B. Stubblefield.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify, I could competently testify to the matters stated herein.

3. This declaration is submitted in support of the Defendants' Opposition to Plaintiff's Objection to Removal and Motion to Remand or Abstain.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Claim filed by SenoRx on January 31, 2007.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Order Extending the 90-Day Period Within Which to Remove.

2
DECLARATION OF DIANA M. ESTRADA IN SUPPORT OF OPPOSITION TO MOTION TO REMAND OR ABSTAIN
538540.1

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 6th day of April 2007, at Los Angeles, California.

                                              /s/
                                    Diana M. Estrada
                                    Declarant

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **April 6, 2007**, I served the DECLARATION OF **DIANA M. ESTRADAD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S OBJECTON TO REMOVAL AND MOTION TO REMAND OR ABSTAIN** on the interested parties in this action by placing XX  a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Law Offices of Michael J. Piuze | **Attorney for Plaintiff** |
| Michael J. Piuze, SBN 51342 | **Senorx, Inc.** |
| Geraldine Weiss, SBN 168455 | |
| 11755 Wilshire Blvd., Suite 1170 | Ph: 310-312-1102 |
| Los Angeles, California 90025 | Fx: 310-473-0708 |

**[X] BY OVERNIGHT MAIL**  I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

X   **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 6, 2007**, at Los Angeles, California.

Kathleen Spendlove                    /s/