Case No.:   C 07-01075 SC
SENORX V. COUDERT BROTHERS LLP AND DOES 1 – 500

# EXHIBIT "A"
of Declaration of Diana M. Estrada in Support of Defendants' Opposition

538623.1

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK — PROOF OF CLAIM

| Debtor Name | Case Number |
|---|---|
| Coudert Brothers LLP | 06-12226 |

This Space For Court Use Only
☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in an unknown amount.
Claim #00177
USBC SDNY
Coudert Brothers LLP
06-12226 (RDD)

**Received JAN 31 2007 Kurtzman Carson**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **SENORX INC**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
SENORX INC
C/O MICHAEL PUIZE ESQ
11755 WILSHIRE BLVD, Ste. 1170
LOS ANGELES CA 90025

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: (310) 312 1102

Last four digits of account or other number by which creditor identifies debtor: N/A

Check here ☐ replaces ☐ amends if this claim a previously filed claim dated: _____

### 1. Basis for Claim
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Legal malpractise claim- pending

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
   (date)           (date)

### 2. Date debt was incurred: N/A
Claim awaiting trial- malpractise occurred on May 20, June 28 and June 29, 2003

### 3. If court judgment, date obtained:

### 4. Classification of Claim.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ unliquidated and presently undetermined but in excess of $25,000,000.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Total Amount of Claim at Time Case Filed:
$ unliquidated & presently undetermined but in excess of $25 million
(Unsecured)  (Secured)  (Priority)  (Total) $25,000,000.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Amended Complaint is attached as Exhibit 1.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim  Attached.


RECEIVED 2007 CLAIMS PROCESSING CENTER

| Date: 1-26-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Law Offices of Michael J. Piuze on behalf of creditor SENORX  Geraldine Weiss Esq. |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

0612226061213131726000557

Case No.: C 07-01075 SC
SENORX V. COUDERT BROTHERS LLP AND DOES 1 – 500

# EXHIBIT "B"
of Declaration of Diana M. Estrada in Support of Defendants' Opposition

538623.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

In re:                                         :    Chapter 11
                                               :
COUDERT BROTHERS LLP,                          :    Case No. 06-12226 (RDD)
                                               :
                        Debtor.                :
                                               :
---------------------------------------------------------------

**ORDER EXTENDING 90-DAY PERIOD WITHIN WHICH THE
DEBTOR MAY REMOVE CIVIL ACTIONS UNDER 28 U.S.C. §
1452 AND BANKRUPTCY RULE 9027(a)**

Upon the Application[1] of Coudert Brothers LLP (the "Debtor"), the debtor and debtor in possession, dated December 1, 2006, by its attorneys, Klestadt & Winters, LLP, for entry of an order extending by 90 days the 90 days period within which the Debtor may remove civil actions under 28 U.S.C. § 1452 and Bankruptcy Rule 9027(a), and no adverse interest being represented; and a hearing on the Application having been held before this Court on December 20, 2006; and sufficient cause appearing therefor, and it further appearing that sufficient notice of the Application as required having been given, it is

ORDERED that the Application be, and hereby is, granted in all respects; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9006(b)(1), the time within which the Debtor may remove Civil Actions under 28 U.S.C. § 1452 and Bankruptcy Rule 9027(a) is extended by 90 days, through and including March 21, 2007; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.