```
LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
11755 Wilshire Boulevard, Suite 1170
Los Angeles, California  90025
Telephone:    (310) 312-1102
Facsimile:     (310) 473-0708
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUDERT BROTHERS, LLP, and<br>DOES 1 - 500,<br><br>　　　　　Defendants.<br>_____ | CASE NO.  C 07-01075 SC<br><br>**ADR CERTIFICATION BY PARTIES<br>AND COUNSEL**<br><br>Judge: Honorable Samuel Conti<br>Dept.　　　Crtr. 1<br><br>Action Filed: October 27, 2004<br>Trial Date:　　Vacated |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lloyd H. Machow, President of SenoRx

Dated: May 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Geraldine Weiss, Law Offices of
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Piuze, counsel for SenoRx

---

1

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADR CERTIFICATION BY PARTIES AND COUNSEL**