Martin K. Deniston (State Bar No. 106737)
Diana M. Estrada (State Bar. No. 212702)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
Coudert Brothers LLP and Defendants identified in Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., | Case No: C 07-01075 SC |
| Plaintiff, | |
| v. | **ADR CERTIFICATION BY DEFENDANTS IDENTIFIED IN EXHIBIT 1 ATTACHED HERETO** |
| COUDERT BROTHERS, LLP, and DOES 1 – 500, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

---

550309.1

1

ADR CERTICATION

1  (3)  Considered whether this case might benefit from any of the available dispute
2  resolution options.
3
4  Dated: May 18, 2007
5  By: /s/ Charles Keefe
   Charles Keefe
6  Coudert Special Situation Committee
   On behalf of Defendants Listed in Exhibit 1
7  Attached hereto
8
9
10  Dated: May 18, 2007
   WILSON, ELSER, MOSKOWITZ,
11      EDELMAN & DICKER LLP
12
13  By: /s/
14  Martin K. Deniston
   Diana M. Estrada
15  Attorneys for Defendant,
   COUDERT BROTHERS, LLP and Defendants
16  identified in Exhibit 1
17
18
19
20
21
22
23
24
25
26
27
28

2
ADR CERTIFICATION
550309.1

# EXHIBIT 1

## Case No.: C 07-01075 SC
## SENORX V. COUDERT BROTHERS LLP AND DOES 1 - 500

Charles E. Aster,
Steven H. Becker,
Pamela T. Church,
Charles H. Critchlow,
Edmund S. Cohen,
Jeffrey E. Cohen,
James C. Colihan,
William K. Coulter,
Richard N. Dean,
Richard De Palma,
Robert L. Eisen,
Joseph Farrell,
Kay Georgi,
Tara K. Giunta,
Kevin W. Goering,
Deborah Goldstein,
John M. Gurley,
Michael J. Hagan,
Robert E. Hanlon,
Gerard V. Hannon,
Andrew Hedden,
Janet Hernandez,
Stephen M. Hudspeth,
W. Michael Kelly,
Frederick P. Konta,
George J. Martin, Jr.,
Edwin S. Matthews, Jr.,
Brian McGunigle,
Barry Metzger,
Owen Nee,
Marilyn S. Okoshi,
Richard M. Ornitz,
Kenneth R. Page,
Robert F. Pietrowski, Jr.,
Darrell Prescott,
Clyde E. Rankin, III,

Richard Reilly,
Thomas Rice,
Olga Sirodoeva,
James B. Sitrick,
Roger D. Stark,
Carol B. Stubblefield
Edward H. Tillinghast, III,
Mary F. Voce,
Charles H. Wagner,
Roger B. Wagner,
Christopher M. Wells,
Anthony Williams,
Philippe Bennett

523898.1

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **May 18, 2007**, I served the **ADR CERTIFICATION BY DEFENDANTS IDENTIFIED IN EXHIBIT 1 ATTACHED HERETO** on the interested parties in this action by transmitting a true copy via e-mail to attorneys for plaintiff addressed as follows:

| | |
|---|---|
| dweiss@mjplaw.net <br> [Geraldine Weiss] | Attorney for Plaintiff <br> Senorx, Inc. <br><br> Ph: 310-312-1102 <br> Fx: 310-473-0708 |

  X   **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 18, 2007**, at Los Angeles, California.

Diana M. Estrada

551084.1

PROOF OF SERVICE