```
1   Martin K. Deniston (State Bar No. 106737)
    Diana M. Estrada (State Bar No. 212702)
2   WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3   555 South Flower Street, Suite 2900
    Los Angeles, California 90071
4   Telephone:(213) 443-5100
    Facsimile: (213) 443-5101
5
6   Attorneys for Defendant
    Coudert Brothers LLP and Defendants identified in Exhibit 1
7
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., | Case No: C 07-01075 SC |
| Plaintiff, | |
| v. | **STIPULATION REGARDING INITIAL DISCLOSURES** |
| COUDERT BROTHERS, LLP, and DOES 1 – 500, | **Courtroom: 1** |
| Defendants. | **Judge: Honorable Samuel Conti** |

SenoRx and the Appearing Individual Partner Defendants (identified in Exhibit "1" attached hereto) hereby agree and stipulate that the initial disclosures will not be made at or within 14 days after the Rule 26(f) conference;

WHEREAS the parties extensively met and conferred pursuant to Rule 26(f) regarding discovery issues including the initial disclosures;

of the extent of Coudert Brothers LLP's liability for legal malpractice in this action. Accordingly, this matter is not yet ready for initial disclosures;

WHEREAS it is the position of SenoRx that it will defer to the Court regarding what disclosures if any are to be made.

Dated: 6-1-07

LAW OFFICES OF MICHAEL PIUZE

By: _____
Geraldine Weiss, Esq.
Attorneys for Plaintiff
SENORX, INC.

Dated: 6/1/07

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Diana M. Estrada, Esq.
Attorneys for Defendants
COUDERT BROTHERS LLP and DEFENDANTS IDENTIFIED IN EXHIBIT "1"

| | |
|---|---|
| 1 | **EXHIBIT 1** |
| 2 | |
| 3 | Case No.:   C 07-01075 SC |
|   | **SENORX V. COUDERT BROTHERS LLP AND DOES 1 - 500** |

| | |
|---|---|
| 5  | Charles E. Aster, |
| 6  | Steven H. Becker, |
| 7  | Pamela T. Church, |
| 8  | Charles H. Critchlow, |
|    | Edmund S. Cohen, |
| 9  | Jeffrey E. Cohen, |
| 10 | James C. Colihan, |
|    | William K. Coulter, |
| 11 | Richard N. Dean, |
| 12 | Richard De Palma, |
|    | Robert L. Eisen, |
| 13 | Joseph Farrell, |
| 14 | Kay Georgi, |
|    | Tara K. Giunta, |
| 15 | Kevin W. Goering, |
| 16 | Deborah Goldstein, |
|    | John M. Gurley, |
| 17 | Michael J. Hagan, |
| 18 | Robert E. Hanlon, |
|    | Gerard V. Hannon, |
| 19 | Andrew Hedden, |
| 20 | Janet Hernandez, |
|    | Stephen M. Hudspeth, |
| 21 | W. Michael Kelly, |
| 22 | Frederick P. Konta, |
|    | George J. Martin, Jr., |
| 23 | Edwin S. Matthews, Jr., |
| 24 | Brian McGunigle, |
|    | Barry Metzger, |
| 25 | Owen Nee, |
| 26 | Marilyn S. Okoshi, |
|    | Richard M. Ornitz, |
| 27 | Kenneth R. Page, |
| 28 | Robert F. Pietrowski, Jr., |
|    | Darrell Prescott, |

Right column:

Clyde E. Rankin, III,
Richard Reilly,
Thomas Rice,
Olga Sirodoeva,
James B. Sitrick,
Roger D. Stark,
Carol B. Stubblefield
Edward H. Tillinghast, III,
Mary F. Voce,
Charles H. Wagner,
Roger B. Wagner,
Christopher M. Wells,
Anthony Williams,
Philippe Bennett

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **June 1, 2007**, I served the **STIPULATION REGARDING INITIAL DISCLOSURES** on the interested parties in this action by placing  XX  a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| Law Offices of Michael J. Piuze<br>Michael J. Piuze, SBN 51342<br>Geraldine Weiss, SBN 168455<br>11755 Wilshire Blvd., Suite 1170<br>Los Angeles, California 90025 | **Attorney for Plaintiff**<br>**Senorx, Inc.**<br><br>Ph: 310-312-1102<br>Fx: 310-473-0708 |
|---|---|

[ X ] (**BY MAIL**) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X  (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 1, 2007**, at Los Angeles, California.

Kathleen Spendlove                    _/s/ Kathleen Spendlove_

---
1
PROOF OF SERVICE

498660.1