UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-07-1075            SAMUEL CONTI            DATE 6/8/07
Case Number          Judge

Title: SENORX INC.              vs COUDERT BROTHERS, LLP. et al.

Attorneys: MICHAEL PIUZE          DIANE ESTRADA
           GERALDINE WEISS

Deputy Clerk: T. De Martini    Court Reporter: Connie Kuhl

Court  Pltf's  Deft's
(XXX)  (   )   (   )  1. Status Conference - Held

(   )  (   )   (   )  2.

(   )  (   )   (   )  3.

(   )  (   )   (   )  4.

(   )  (   )   (   )  5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 8/17/07 @ 10:00 A.M. for Defendant's Motion to Transfer Case to the United States Bankruptcy Court in New York

ORDERED AFTER HEARING:

cc: