Martin K. Deniston (State Bar No. 106737)
Diana M. Estrada (State Bar. No. 212702)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
Coudert Brothers LLP and Defendants identified in Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUDERT BROTHERS, LLP, and DOES 1 – 500, <br><br> Defendants. | Case No: C 07-01075 SC <br><br> **DECLARATION OF DIANA M. ESTRADA IN SUPPORT OF DEFENDANTS' NOTICE OF AND MOTION TO TRANSFER VENUE PURSUANT TO 28 US.C. §1412** <br><br> **FILED CONCURRENTLY WITH DEFENDANTS' MOTION** |

I, DIANA M. ESTRADA, declare as follows:

    1.    I am an attorney at law, duly licensed to practice as such before all the courts of the State of California and I am an associate in the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP attorneys of record herein for Defendants Coudert Brothers LLP, Charles E. Aster, Steven H.

Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow, Edmund S. Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean, Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W. Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P. Konta, George J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee, Marilyn S. Okoshi, Richard M. Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr., Darrell Prescott, Clyde E. Rankin, III, Richard Reilly, Thomas Rice, Olga Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H. Tillinghast, III, Charles H. Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams, Mary F. Voce, John M. Gurley, and Carol B. Stubblefield.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify, I could competently testify to the matters stated herein.

3. This declaration is submitted in support of the Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. §1412.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Claim filed by SenoRx on January 31, 2007.

1  I declare under penalty of perjury under the laws of the state of California
2  that the foregoing is true and correct. Executed this 11th day of July 2007, at Los
3  Angeles, California.

/s/
Diana M. Estrada
Declarant

---

3
DECLARATION OF DIANA M. ESTRADA IN SUPPORT OF MOTION TO TRANSFER VENUE
565912.1

**EXHIBIT 1**
Case No.: C 07-01075 SC
**SENORX V. COUDERT BROTHERS LLP AND DOES 1 - 500**

# EXHIBIT "A"

of Declaration of Diana M. Estrada in Support of defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. §1412

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK — PROOF OF CLAIM

| Debtor Name: Coudert Brothers LLP | Case Number: 06-12226 |
|---|---|

This Space For Court Use Only
☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in an unknown amount.
Claim #00177
USBC SDNY
Coudert Brothers LLP
06-12226 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
SENORX INC

**Name and Address where notices should be sent:**
SENORX INC
C/O MICHAEL PUIZE ESQ
11755 WILSHIRE BLVD, Ste. 1170
LOS ANGELES CA 90025

Telephone Number: (310) 312 1102

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Received JAN 31 2007 Kurtzman Carson**

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor: N/A

Check here ☐ replaces ☐ amends if this claim — a previously filed claim dated: _____

### 1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Legal malpractise claim- pending
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

### 2. Date debt was incurred: N/A
Claim awaiting trial- malpractise occurred on May 20, June 28 and June 29, 2003

### 3. If court judgment, date obtained:

### 4. Classification of Claim.
**Unsecured Nonpriority Claim** $ unliquidated and presently undetermined but in excess of $25,000,000.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral: ☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Total Amount of Claim at Time Case Filed: $ unliquidated & presently undetermined but in excess of $25 million
(Unsecured) (Secured) (Priority) (Total) $25,000,000.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.   Amended Complaint is attached as Exhibit 1.

### 8. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim   Attached.

Date: 1-26-07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Law Offices of Michael J. Piuz on behalf of creditor SENORX  Geraldine Weiss, Esq



RECEIVED 2007 CLAIMS PROCESSING CENTER

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

0612226061213131726000557

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **July 11, 2007**, I served the DECLARATION OF **DIANA M. ESTRADAD IN SUPPORT OF DEFENDANTS' NOTICE OF AND MOTION TO TRANSFER VENUE PURSUANT TO 28 US.C. §1412** on the interested parties in this action by email to dweiss@mjplaw.net [Geraldine Weiss] mpiuze@mjplaw.net [Michael J. Piuze] and by placing XX a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| Law Offices of Michael J. Piuze<br>Michael J. Piuze, SBN 51342<br>Geraldine Weiss, SBN 168455<br>11755 Wilshire Blvd., Suite 1170<br>Los Angeles, California 90025 | **Attorney for Plaintiff**<br>**Senorx, Inc.**<br><br>Ph: 310-312-1102<br>Fx: 310-473-0708 |
|---|---|

[X] **BY OVERNIGHT MAIL** I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

X  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 11, 2007**, at Los Angeles, California.

Kathleen Spendlove                     /s/ K. Spendlove

---

565912.1

CERTIFICATE OF SERVICE