|  |  |
|---|---|
| SENORX, INC., | Case No: C 07-01075 SC |
| Plaintiff, |  |
| v. | **[PROPOSED] ORDER** |
| COUDERT BROTHERS, LLP, and DOES 1 – 500, |  |
| Defendants. |  |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. §1412 came on calendar and was heard in Courtroom "1" of the United States District Court For the Northern District of California, on August 17, 2007.

Having read the points and authorities and the declarations filed by the parties, the Court finds that this matter should be transferred to the United States District Court for the Southern District New York where <u>In Re Coudert Brothers LLP</u>, Case No. 06-12226 is currently pending.

1  THEREFORE, IT IS ORDERED THAT this case is transferred to the United States District Court for the Southern District New York.

IT IS SO ORDERED.

Dated: _____, 2007

By: _____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **July 11, 2007**, I served the **PROPOSED ORDER** on the interested parties in this action by email to dweiss@mjplaw.net [Geraldine Weiss] mpiuze@mjplaw.net [Michael J. Piuze] and by placing  XX  a true copy _____ the original thereof enclosed in a sealed envelope addressed as follows:

| Law Offices of Michael J. Piuze | **Attorney for Plaintiff** |
|---|---|
| Michael J. Piuze, SBN 51342 | **Senorx, Inc.** |
| Geraldine Weiss, SBN 168455 | |
| 11755 Wilshire Blvd., Suite 1170 | Ph: 310-312-1102 |
| Los Angeles, California 90025 | Fx: 310-473-0708 |

**[X] BY OVERNIGHT MAIL** I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

 X  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 11, 2007**, at Los Angeles, California.

Kathleen Spendlove                                             /s/

---

1

CERTIFICATE OF SERVICE

565930.1