Martin K. Deniston (State Bar No. 106737)
Diana M. Estrada (State Bar. No. 212702)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
Coudert Brothers LLP and Defendants identified in Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUDERT BROTHERS, LLP, and DOES 1 – 500, <br><br> Defendants. | Case No: C 07-01075 SC <br><br> **PROOF OF PERSONAL SERVICE OF DEFENDANTS' NOTICE OF AND MOTION TO TRANSFER VENUE PURSUANT TO 28 US.C. §1412; DECLARATION OF DIANA M. ESTRADA IN SUPPORT; AND [PROPOSED] ORDER** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: **1511 W. Beverly Blvd., Los Angeles, California 90026.**

On **July 12, 2007**, I served the following documents **1) DEFENDANTS' NOTICE OF AND MOTION TO TRANSFER VENUE PURSUANT TO 28 US.C. §1412; 2) DECLARATION OF DIANA M. ESTRADA IN SUPPORT; AND 3) [PROPOSED] ORDER** on the interested parties in this action by personally delivering a true copy of said documents to the offices of the addressee in a sealed enveloped addressed as follows:

---

1

CERTIFICATE OF SERVICE

565991.1

| Law Offices of Michael J. Piuze | **Attorney for Plaintiff** |
|---|---|
| Michael J. Piuze, SBN 51342 | **Senorx, Inc.** |
| Geraldine Weiss, SBN 168455 | |
| 11755 Wilshire Blvd., Suite 1170 | Ph: 310-312-1102 |
| Los Angeles, California 90025 | Fx: 310-473-0708 |

Executed on **July 12, 2007** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ENERLITO DEMESA
Print Name                             Signature
[for First Legal Support Services]

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angles, CA 90071.

On **July 13, 2007**, I served the **PROOF OF PERSONAL SERVICE OF DEFENDANTS' NOTICE OF AND MOTION TO TRANSFER VENUE PURSUANT TO 28 US.C. §1412; DECLARATION OF DIANA M. ESTRADA IN SUPPORT; AND [PROPOSED] ORDER** on the interested parties in this action by email to dweiss@mjplaw.net [Geraldine Weiss] mpiuze@mjplaw.net [Michael J. Piuze] and by placing XX a true copy ____ the original thereof enclosed in a sealed envelope addressed as follows:

| Law Offices of Michael J. Piuze<br>Michael J. Piuze, SBN 51342<br>Geraldine Weiss, SBN 168455<br>11755 Wilshire Blvd., Suite 1170<br>Los Angeles, California 90025 | **Attorney for Plaintiff**<br>**Senorx, Inc.**<br><br>Ph: 310-312-1102<br>Fx: 310-473-0708 |
|---|---|

[X] **BY OVERNIGHT MAIL** I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

X  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 13, 2007**, at Los Angeles, California.

Kathleen Spendlove _____    _/s/ Kathleen Spendlove_

---

565991.1

CERTIFICATE OF SERVICE

1