LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
11755 Wilshire Boulevard, Suite 1170
Los Angeles, California  90025
Telephone:   (310) 312-1102
Facsimile:   (310) 473-0708

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORX, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUDERT BROTHERS, LLP, and DOES 1 - 500,<br><br>　　　　Defendants.<br>_____ | CASE NO.  C 07-01075 SC<br><br>**DECLARATION OF HOLY L. HOSTROP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1412**<br><br>Date:      August 17, 2007<br>Time:     10:00 am<br>Judge:    Honorable Samuel Conti<br>Dept.     Crtr. 1<br><br>Action Filed: October 27, 2004<br>Trial Date:   Vacated |

I, Holly L. Hostrop, declare that I am an attorney at law, duly licensed to practice in the State of California, and am associated with the Law Offices of Michael J. Piuze, attorney for plaintiffs.  I am the e-filing attorney and I make the following declaration of my own personal knowledge and, if called upon to testify, could and would testify competently has follows:

1. I hereby attest that there is on file at the Law Offices of Michael J. Piuze all holograph signatures for any signatures indicated by a "conformed" signature within the e-filed document entitled Plaintiff's Opposition to Defendants' Motion to Transfer Pursuant to 28 U.S.C. 1412.

1
**DECLARATION OF HOLLY L. HOSTROP**

1  Dated: July 27, 2007 at Cathedral City, CA

```
                                          _____
                                          HOLLY L. HOSTROP
                                          Declarant
```

3
**DECLARATION OF HOLLY L. HOSTROP**