EXHIBIT 2 TO DECLARATION OF GERALDINE WEISS
IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
UNDER 28 U.S.C. § 1412

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

--oOo--

| | |
|---|---|
| SENORX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CGC 04-435849 |
| ) | |
| ) | |
| COUDERT BROTHERS, LLP, ) | |
| and DOES 1-500, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

DEPOSITION OF

RUTH DER

_____

February 28, 2006

VOLUME I

(Pages 1 - 116)

NANCY SORENSEN
Court Reporting Service
41 Sutter Street, Suite 505
San Francisco, California 94104
(415) 986-4624

1  mean -- excuse me, not Patricia.  Priscilla Marks.  She

2  was assigned locationwise to Palo Alto, but she actually

3  worked out of her home.

4      (Reporter interruption.)

5      THE WITNESS:  Then there was also Don Bartels.

6  He had an office in San Francisco and Palo Alto.

7      MS. WEISS:  Q.  Okay.  Who was the supervising

8  attorney of the San Francisco office when you worked for

9  Coudert?

10     A.  There were many supervising attorneys in the

11  San Francisco office.

12     Q.  Can you name the supervising attorneys in the

13  San Francisco office?

14     MR. DENISTON:  I'm going to object.  Vague and

15  ambiguous as to the meaning of "supervising attorneys."

16     MS. WEISS:  Q.  What do you understand me to

17  mean by the term, supervising attorneys?

18     A.  Someone who was in a position to delegate and

19  give guidance to.

20     Q.  Okay.  Can you recall who were the supervising

21  attorneys in the San Francisco office of Coudert when

22  you worked there?

23     A.  I do recall the supervising attorneys.  Do you

24  want me to answer in terms of IP or San Francisco

25  office?

17

1    Q.  IP.  Well, let's start with IP.

2    A.  All right.  Edward Lynch.  Don Bartels.

3  David Schnaff.  I don't recall some of the names.  But I

4  would say the associates are also supervising attorneys

5  because they would supervise perhaps a secretary or

6  legal assistant or paralegals.  So there would be

7  Steve Vosen.  Jim Drapinski, he's another IP attorney.

8  His name just came to my mind.

9        MR. DENISTON:  What was his first name?

10       THE WITNESS:  Jim Drapinski.  Sheldon Lee.

11  There were others.  I just don't recall their names.

12       MS. WEISS:  Q.  And was there one managing

13  partner or one attorney or several attorneys in charge

14  of the whole of the office?

15   A.  If you're asking me in relation to the IP

16  group, yes, there was.

17   Q.  Who was that?

18   A.  Don Bartels.

19   Q.  And what about in relation to the attorneys

20  who worked in the San Francisco office?

21   A.  Yes.

22   Q.  Who was that?

23   A.  When I was first employed there it was

24  Victoria Briant.  She was the managing partner.

25   Q.  And then who became the managing partner?

18

1   A.  Rob Christopher.

2   Q.  And who was Mr. Hebert?

3   A.  He was comanaging partner at a later date.

4   Q.  And in 2003 who were the managing partners?

5   A.  It was Bill Hebert and -- and there goes my

6  memory with the name.  Another attorney from the --

7  located in the Palo Alto office.

8   Q.  Was that Mr. Michaelson?

9   A.  Yes.

10   Q.  And in 2003 was Don Bartels still the

11  supervising attorney of the IP department?

12   A.  Yes.

13   Q.  What about in Palo Alto?  Was there a

14  supervising attorney there that you were aware of of the

15  IP department?

16   A.  Don Bartels was the IP group head for

17  Northern California which consisted of San Francisco and

18  Palo Alto.

19   Q.  All right.  And if you know the answer to my

20  next question -- let me preface it.

21       The SenoRx account, was that assigned to a

22  particular office?  Like the San Francisco office or the

23  Palo Alto office?  Both offices?  How was that client

24  assigned, if you know?

25       MR. DENISTON:  Objection.  No foundation.

19

1    THE WITNESS: It wasn't assigned. I believe
2 when Edward Lynch joined Coudert he brought the client
3 with him.
4    MS. WEISS: Q. Were the SenoRx files
5 maintained -- by that, I mean physically kept -- in the
6 San Francisco office?
7    A. Yes.
8    Q. Did any of the IP attorneys in the Palo Alto
9 office work on the SenoRx files?
10   A. Yes.
11   Q. Who worked on the SenoRx files from the
12 Palo Alto office?
13   A. James Fox.
14   Q. Was he an attorney?
15   A. Yes.
16   Q. Okay. Anyone else?
17   A. Probably the secretary.
18   Q. Who was that?
19   A. Nita Miller.
20   Q. Did Mr. Bartels work on any of the SenoRx
21 files?
22   A. Not to my knowledge.
23   Q. And who worked on the SenoRx files in the
24 San Francisco office?
25   A. Edward Lynch. Perhaps his secretary,

                              20

1 Anne Marie Leavy. And I did at a much later date from
2 my hire.
3    Q. Did anybody else work on the SenoRx account in
4 the San Francisco office?
5    A. Yes.

6    Q.  Could you provide their names, please.

7    A.  It was Jordan Wilson and then later it was

8  Tara Faenza.

9    Q.  And what did Jordan Wilson do?

10   A.  She worked on the foreign prosecution files

11  for SenoRx.

12   Q.  And did Ms. Faenza take over from Ms. Wilson

13  as far as you know?

14   A.  Yes.

15   Q.  And what was Ms. Faenza's role as far as you

16  understood --

17   A.  Her --

18   Q.  -- with regards to SenoRx?

19   A.  Okay.  She was to prosecute the foreign

20  applications --

21   Q.  What is --

22   A.  -- or assist --

23   Q.  Could you continue?  Go ahead.  I'm sorry, I

24  interrupted you.

25   A.  To assist with prosecution of the foreign

1    Anne Marie Leavy. And I did at a much later date from

2    my hire.

3    Q. Did anybody else work on the SenoRx account in

4    the San Francisco office?

5    A. Yes.

6    Q. Could you provide their names, please.

7    A. It was Jordan Wilson and then later it was

8    Tara Faenza.

9    Q. And what did Jordan Wilson do?

10    A. She worked on the foreign prosecution files

11    for SenoRx.

12    Q. And did Ms. Faenza take over from Ms. Wilson

13    as far as you know?

14    A. Yes.

15    Q. And what was Ms. Faenza's role as far as you

16    understood --

17    A. Her --

18    Q. -- with regards to SenoRx?

19    A. Okay. She was to prosecute the foreign

20    applications --

21    Q. What is --

22    A. -- or assist --

23    Q. Could you continue? Go ahead. I'm sorry, I

24    interrupted you.

25    A. To assist with prosecution of the foreign

21