EXHIBIT 6 TO DECLARATION OF GERALDINE WEISS
IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
UNDER 28 U.S.C. § 1412

July 17, 2007

Fax (213) 624-8060

Martin Denniston, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071

    Re:   SenoRx, Inc. v. Coudert Brothers LLP

Dear Mr. Denniston:

    Please voluntarily appear for the California defendants in this case, as you have chosen to do for the non California defendants.

    If we have to personally serve all of the (uncooperative) California defendants it will result in huge time and expense and possible embarrassment for those who have to be served at work.  None of the California defendants returned the original notice of acknowledgment letter when the summons and complaint was originally mailed to them. My experience dictates that this will add a huge expense on the already large cost bill which will ultimately be bourne by your clients.

    Please let me know by the end of business on  July 20.

    Thank you for your cooperation.

                        Very truly yours,

                        LAW OFFICES OF MICHAEL J. PIUZE

                        By:_____
GW:dw                             GERALDINE WEISS