UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENORX, INC., | Case No: 07 Civ. 7820 (SAS) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |
| COUDERT BROTHERS, LLP, and DOES 1 – 500, | |
| Defendants. | |

RECEIVED
OCT 15 2007
JUDGE SCHEINDLIN

Upon written request of Diana M. Estrada, defense counsel for Coudert Brothers LLP, Charles E. Aster, Steven H. Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow, Edmund S. Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean, Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W. Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P. Konta, George J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee, Marilyn S. Okoshi, Richard M. Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr., Darrell Prescott, Clyde E. Rankin, III, Richard Reilly, Thomas Rice, Olga Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H. Tillinghast, III, Charles H. Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams, Mary F. Voce, John M. Gurley, and Carol B. Stubblefield (hereinafter referred collectively as "Defendants");

1 | **IT IS HEREBY ORDERED** that

2     Diana M. Estrada
3     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    555 South Flower Street. Suite 2900
4     Los Angeles, CA 90071
    Tele:    (213) 443-5100
5     Facsimile: (213) 443-5101
    Email:    diana.estrada@wilsonelser.com
6

7 is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the

8 United States District Court for the Southern District of New York. All attorneys appearing
9
before this Court are subject to the Local Rules of this Court, including the Rules governing
10
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,
11
12 counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

13 forward *pro hac vice* fee to the Clerk of the Court.

14

15 Dated: Oct. 16, 2007

16 New York, New York

17

18 _____

19               United States District/~~Magistrate~~ Judge

20               Shira A. Scheindlin, USDJ