1  UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK

3
   SENORX, INC.,                        ) Case No: 07 Civ. 7820 (SAS)
4                                       )
          Plaintiff,                    )
5                                       ) [PROPOSED] ORDER FOR ADMISSION
   v.                                   ) PRO HAC VICE
6                                       )
   COUDERT BROTHERS, LLP, and           )
7  DOES 1 – 500,                        )
                                        )
8         Defendants.                   )
                                        )
9                                       )
                                        )
10                                      )
                                        )
11                                      )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 10/17/07

RECEIVED
CHAMBERS OF
OCT 15 2007
[signature]

12

13

14         Upon written request of Martin K. Deniston, defense counsel for Coudert Brothers LLP,

15  Charles E. Aster, Steven H. Becker, Philippe Bennett, Pamela T. Church, Charles H. Critchlow,

16  Edmund S. Cohen, Jeffrey E. Cohen, James C. Colihan, William K. Coulter, Richard N. Dean,

17  Richard De Palma, Robert L. Eisen, Joseph Farrell, Kay Georgi, Tara K. Giunta, Kevin W.

18  Goering, Deborah Goldstein, Michael J. Hagan, Robert E. Hanlon, Gerard V. Hannon, Andrew

19  Hedden, Janet Hernandez, Stephen M. Hudspeth, W. Michael Kelly, Frederick P. Konta, George

20  J. Martin, Jr., Brian McGunigle, Barry Metzger, Owen Nee, Marilyn S. Okoshi, Richard M.

21  Ornitz, Kenneth R. Page, Robert F. Pietrowski, Jr., Darrell Prescott, Clyde E. Rankin, III,

22

23  Richard Reilly, Thomas Rice, Olga Sirodoeva, James B. Sitrick, Roger D. Stark, Edward H.

24  Tillinghast, III, Charles H. Wagner, Roger B. Wagner, Christopher M. Wells, Anthony Williams,

25  Mary F. Voce, John M. Gurley, and Carol B. Stubblefield (hereinafter referred collectively as

26  "Defendants");

27

28

1 | **IT IS HEREBY ORDERED** that

2 |     Martin K. Deniston
3 |     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    555 South Flower Street. Suite 2900
4 |     Los Angeles, CA 90071
    Tele:     (213) 443-5100
5 |     Facsimile: (213) 443-5101
    Email:    martin.deniston@wilsonelser.com
6 |

7 | is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the

8 | United States District Court for the Southern District of New York. All attorneys appearing
9 |
10 | before this Court are subject to the Local Rules of this Court, including the Rules governing

11 | discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

12 | counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

13 | forward *pro hac vice* fee to the Clerk of the Court.

14 |

15 | Dated: Oct. 16, 2007
16 | New York, New York

17 |
18 | _____
19 | United States District/~~Magistrate~~ Judge
20 | Shira A. Scheindlin, USDJ

[PROP] ORDER FOR ADMISSION PRO HAC VICE
597747.1