# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

555 South Flower Street - Suite 2900, Los Angeles, California 90071-2407
Tel: (213) 443-5100   Fax: (213) 443-5101

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

PATRICK M. KELLY
ROBERT M. YOUNG, JR.
L. VICTOR BILGER, JR.
STEVEN R. PARMENTER
ROLAND LEE COLEMAN, JR.
E. PAUL DOUGHERTY, JR.*
JAMES A. STANKOWSKI
MARTIN K. DENISTON
VINCENT D'ANGELO

GEORGE A. PIRANO
CAREY B. MOOREHEAD
HERBERT P. KUNOWSKI
HOWARD L. HALM
STEVEN J. JOFFE
WILLIAM K. ENGER
KYM G. BULLOCK
JOHN C. LEE
ARLENE N. BERGER

* ALSO ADMITTED IN NEW YORK & NEW JERSEY
** ALSO ADMITTED IN NEW YORK
*** ALSO ADMITTED IN ARIZONA

ROBERT M. ANDERSON
JOHN J. IMMORDINO
DARREN LE MONTREE
AIDE C. ONTIVEROS
RONALD R. MILLSAP
KATHLEEN M. BRAGG
SUSANNAH M. DUDLEY
JENNIFER J. MOON
SEAN M. BRYN
DAVID R. SHOOF
A. LOUIS DORNY ***
JOEL GLASER
PATRICIA ANN OLSON
LISA CHEN
JACQUELINE I. HARDING
SHERRY STROBLE
DANIEL H. USE
CRAIG C. HUNTER
J. WALTER GUESNER
PETER R. BING
DAVID D. KRUMMENETZKY

KAMYAR R. SHAYAN
ALEXANDER FLIG
ROBERT COOPER
TAE S. UM**
MARC ALLARIA
ELLIN LEE
MICHELE REIKES
JYAN FERNG
DIANA ESTRADA
JULIA BERKUS
JULIE VAN WERT
MONA PATEL
ASHLEY R. LEACH
CHRISTOPHER B. QUEALLY
MELISSA F. DAY
D. VICTORIA LABRIE
DUSTIN DOCKIEWICZ
KELLY C. CROCKETT
GREGORY K. LEE
STANLEY PUN
RUBY R. FERNANDEZ

October 18, 2007

RECEIVED
CHAMBERS OF

OCT 1 8 2007

JUDGE SCHEINDLIN

FILE

USE FILED: 10/19/07

## VIA FACSIMILE

Chambers of the Honorable
Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

Re:   SenoRx, Inc. v. Coudert Brothers, LLP, *et al.*
Case No. 07 Civ. 7820 (SAS)
Our File No.: 09323.00004

Dear Judge Scheindlin:

I respectfully submit this letter to the Court to request permission to appear via telephone
at the October 24, 2007, Pretrial Conference set for 11:45 a.m. in Courtroom 15C.

The above referenced matter was recently transferred to this court from the United States
District Court for the Northern District of California. I have been lead defense counsel on this
matter. My partner David L. Tillem from our New York office will appear in person for the
Pretrial Conference and I would like to appear via telephone. Accordingly, I respectfully request
permission to appear at the Pretrial Conference on October 24, 2007, via telephone.

Chambers of the Honorable
Shira A. Scheindlin
United States District Court
Page 2
October 18, 2007

       Should you have any questions, please do not hesitate to contact us. Thank you for your consideration.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Martin K. Deniston

MKD:de

cc: Dena Weiss, Law Offices of Michael J. Piuze

*Defense counsel's request is granted. He may appear at the Oct. 24, 2007 conference via telephone.*

*...SO ORDERED:*

Date: Oct 19, 2007

Shira A. Scheindlin, USDJ