```
LAW OFFICES OF MICHAEL J. PIUZE
Michael J. Piuze, SBN 51342
Geraldine Weiss, SBN 168455
11755 Wilshire Boulevard, Suite 1170
Los Angeles, California 90025
Telephone:    (310) 312-1102
Facsimile:    (310) 473-0708
Email: dweiss@mjplaw.net

Attorneys for Plaintiff
```

RECEIVED
OCT 1 9 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENORX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COUDERT BROTHERS, LLP, and DOES 1 - 500, <br><br> Defendants. | CASE NO. 07 CIV 7820 (SAS) <br><br> [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE* <br><br> Judge:    Shira A. Scheindlin <br> Dept.    Crtr. 15C <br><br> Action Filed:    October 27, 2004 <br> Trial Date:    Vacated |

Upon written request of Geraldine Weiss, attorney for plaintiff SenoRx in the above captioned case,

**IT IS HEREBY ORDERED** that:

GERALDINE WEISS, California SBN 168455, an attorney in good standing at the Law Offices of Mihcael J. Piuze, located at 11755 Wilshire Boulevard, Suite 1170, Los Angeles, California 90025, Telephone: (310) 312-1102; Facsimile: (310) 473-0708; Email: dweiss@mjplaw.net , is admitted to practice *pro hac vice* as counsel for Plaintiff SenoRx in the above captioned case in the United States District Court for the Southern District of New York.

1

[~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

| | |
|---|---|
| 1 | All attorneys appearing before this Court are subject to the Local Rules of this |
| 2 | Court, including the Rules governing discipline of attorneys. If this action is assigned |
| 3 | to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an |
| 4 | ECF password at nysd.uscourts.gov following this Order. Counsel has forwarded |
| 5 | the *pro hac vice* fee in the amount of $25 to the Clerk of the Court. |

Dated: October 19, 2007
New York, New York

*[signature]*

United States District/Magistrate Judge

---

2

[~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*