UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                :

**SENORX, INC.,**                                          :

                           **Plaintiff,**              :

                                                :        **ORDER**

            - against -                  :

                                                :        07 Civ. 7820 (SAS)

**COUDERT BROTHERS, LLP et al.**    :

                       **Defendants.**    :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The United States District Court for the Northern District of California has found that this matter is a core proceeding in the bankruptcy of Coudert Brothers, LLP. Accordingly, the case is hereby referred to the United States Bankruptcy Court for the Southern District of New York for consolidation with *In re Coudert Brothers, LLP*, 06-12226-RDD, in accordance with section 157 of title 28 of the United States Code.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            October 24, 2007

-Appearances-

**Counsel for Plaintiff:**

Geraldine Weiss, Esq.
Law Offices of Michael J. Piuze
11755 Wilshire Boulevard, #1170
Los Angeles, California 90025
(310) 312-1102

**Counsel for Defendants:**

David Tillem, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071
(213) 443-5100

Martin Kent Deniston, Esq.
Wilson, Esler, Moskowitz, Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071
(213) 443-5100